1  Christina M. Kotowski (State Bar No. 197266)
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111-3712
3  Telephone: (415) 490 -9000
   Facsimile:  (415) 490-9001
4  ckotowski@laborlawyers.com

5  Attorneys for Defendant
   Allied Technology Group
6
   David A. Lerman (State Bar No. 153633)
7  LAW OFFICES OF DAVID A. LERMAN
   2140 Shattuck Avenue, Suite 1201
8  Berkeley, CA 94704
   Telephone: (510) 665 -8500
9  Facsimile:  (510) 665-8564
   caljustice@earthlink.net
10
   Attorneys for Plaintiff
11 Christopher Gallant

12

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | CHRISTOPHER GALLANT,          | Civil Action No. C08-00827 JL
17 |                   Plaintiff,  | **STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**
18 |        v.                     |
19 | ALLIED TECHNOLOGY GROUP, INC.,|
20 | DOES 1-10, inclusive,         |
21 |                   Defendants. |

22

---

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT                    1
Civil Action No. C08-00827 JL
SanFrancisco 104477.1

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff Christopher Gallant and Defendant Allied Technology Group, Inc. hereby stipulate that the time for Defendant Allied Technology Group, Inc. to respond to Plaintiffs' Complaint will be extended to and including April 16, 2008. This stipulation will not interfere with the Court's scheduling order or any other dates previously set by the Court in this case. |

Dated: March 25, 2008

LAW OFFICES OF DAVID A. LERMAN

By: _____
David A. Lerman
Attorneys for Plaintiff
Christopher Gallant

Dated: March 25, 2008

FISHER & PHILLIPS LLP

By: _____
Christina M. Kotowski
Attorneys for Defendant
Allied Technology Group