1  Christina M. Kotowski (State Bar No. 197266)
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111-3712
3  Telephone: (415) 490-9000
   Facsimile:  (415) 490-9001
4  ckotowski@laborlawyers.com

5  Attorneys for Defendant
   Allied Technology Group
6
   David A. Lerman (State Bar No. 153633)
7  LAW OFFICES OF DAVID A. LERMAN
   2140 Shattuck Avenue, Suite 1201
8  Berkeley, CA 94704
   Telephone: (510) 665-8500
9  Facsimile:  (510) 665-8564
   caljustice@earthlink.net
10
   Attorneys for Plaintiff
11 Christopher Gallant

12

13                    IN THE UNITED STATES DISTRICT COURT

14                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | CHRISTOPHER GALLANT,              | Civil Action No. C08-00827 JL
17 |         Plaintiff,                | **FURTHER STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**
18 |    v.                             |
19 | ALLIED TECHNOLOGY GROUP, INC.,    |
20 | DOES 1-10, inclusive,             |
21 |         Defendants.               |

22

23

24

25

26

27

28

---

FURTHER STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT        1
Civil Action No. C08-00827 JL
SanFrancisco 104632.1

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Christopher Gallant and Defendant Allied
2  Technology Group, Inc. hereby stipulate that the time for Defendant Allied Technology Group,
3  Inc. to respond to Plaintiffs' Complaint will be extended to and including April 21, 2008.  This
4  stipulation will not interfere with the Court's scheduling order or any other dates previously set
5  by the Court in this case.

6  Dated:  April 15, 2008                          LAW OFFICES OF DAVID A. LERMAN

8                                                   By:   /s/
9                                                         David A. Lerman
                                                          Attorneys for Plaintiff
10                                                        Christopher Gallant

12  Dated:  April 15, 2008                          FISHER & PHILLIPS LLP

14                                                   By:   /s/
15                                                         Christina M. Kotowski
                                                           Attorneys for Defendant
16                                                         Allied Technology Group

---

FURTHER STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT      2
Civil Action No. C08-00827 JL
SanFrancisco 104632.1