1  Christina M. Kotowski (State Bar No. 197266)
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2340
   San Francisco, CA  94111-3712
3  Telephone: (415) 490 -9000
   Facsimile:   (415) 490-9001
4  ckotowski@laborlawyers.com

5  Attorneys for Defendant
   Allied Technology Group
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHRISTOPHER GALLANT,           | Civil Action No. C08-00827 JL
12 |              Plaintiff,        | [PROPOSED] ORDER GRANTING
   |                                | DEFENDANT'S MOTION TO DISMISS
13 | v.                             | PORTIONS OF PLAINTIFF'S
   |                                | COMPLAINT
14 | ALLIED TECHNOLOGY GROUP, INC., |
15 | DOES 1-10, inclusive,          | Date: May 28, 2008
   |                                | Time: 9:30 a.m.
   |                                | Judge: Hon. James Larson
16 |              Defendants.       | Location: Courtroom F, 15th Floor
17

18

19     Defendant Allied Technology Group, Inc.'s motion to dismiss portions of Plaintiff
20 Christopher Gallant's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came on
21 regularly for hearing before this Court on May 28, 2008.  Both parties appeared through their
22 attorneys of record.  Now, good cause appearing, the Court ORDERS as follows:
23     Plaintiff's second cause of action for violation of California Labor Code section 1194
24 and his third cause of action for violation of California Labor Code section 226.7 are
25 DISMISSED WITH PREJUDICE.  Plaintiff's Complaint alleges that he performed work on a
26 federal enclave, Coast Guard Island in Alameda, California, and that the California Department
27 of Industrial Relations concluded it lacked jurisdiction over Plaintiff's claim for meal and rest
28 periods.  The Court finds that pursuant to Article I, Section 8, Clause 17 of the United States

1  Constitution, Congress has exclusive legislative power over this federal enclave and state
2  regulation is barred. *See, e.g., Paul v. United States,* 371 U.S. 245, 263 (1963); *U.S. v. Jenkins,*
3  734 F.2d 1322, 1326 (9th Cir. 1983).
4      IT IS SO ORDERED.

6  Dated: _____

_____
Hon. James Larson
Chief U.S. Magistrate Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT   2
Civil Action No. C08-00827 JL
SanFrancisco 104680.1