1  DAVID A. LERMAN (#153633)
   LAW OFFICES OF DAVID A. LERMAN
2  2140 Shattuck Avenue, Suite 1201
   Berkeley, California 94704
3  (510) 665-8500

4  Attorney for Plaintiff
   CHRISTOPHER GALLANT

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                 OAKLAND DIVISION

11 CHRISTOPHER GALLANT      )   Case C08-00827 JL
                            )
12      Plaintiff,          )   NOTICE OF SETTLEMENT
                            )
13      vs.                 )
                            )
14 ALLIED TECHNOLOGY GROUP, )
   INC., DOES 1-10,inclusive,)
15                          )
        Defendants.         )
16 _____)

17     Plaintiff CHRISTOPHER GALLANT and Defendant ALLIED
18 TECHNOLOGY GROUP INC. have reached a conditional settlement of
19 the entire case.
20     Plaintiff's counsel anticipates that a request for dismissal
21 will be filed within 45 days, and requests that the case
22 management conference scheduled for May 14, 2008, be vacated and
23 that the matter be set on the Court's compliance calendar.

24 Dated:   May 2, 2008        LAW OFFICES OF DAVID A. LERMAN

25                             /S/
                               BY: DAVID A. LERMAN
26                             ATTORNEY FOR PLAINTIFF
                               CHRISTOPHER GALLANT

28 NOTICE OF SETTLEMENT C08-00827 JL   1

PROOF OF SERVICE

I am employed in the City of Berkeley, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices of David A. Lerman, 2140 Shattuck Ave., Suite 1201, Berkeley, California, 94704. On May 2, 2008, I caused to be served the following document(s) named below on the parties in this action as follows:

NOTICE OF SETTLEMENT

Christina Kotowski
Fisher & Phillips
One Embarcadero Center
Suite 2340
San Francisco, CA 94111

x____ (BY MAIL) I caused each such envelope with postage thereon fully prepaid, to be placed in the United States mail at Berkeley, California. I am familiar with the practice the Law Offices of David A. Lerman for collection and processing of the correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States mail the same day as it is placed for collection.

_____ (FACSIMILE) I caused to be sent by facsimile transmission from (510) 665-8564 as indicated above.

_____ (PERSONAL SERVICE) I caused personal delivery of a copy of the document(s) listed above to the person(s) at the address set forth above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Berkeley, California on May 2, 2008.

_____
DAVID A. LERMAN

2