UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER GALLANT
        Plaintiff(s),　　　　　　　　　　No. 08-00827 JL

   v.　　　　　　　　　　　　　　　ORDER OF DISMISSAL

ALLIED TECHNOLOGY GROUP, INC.
        Defendant(s).
_____/

The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: May 5, 2008

_____
JAMES LARSON
United States Magistrate Judge

Dismby.Ct                         1